ELIZABETH FREEMAN, Respondent, *v.* PETER LORILLARD et al., Appellants.

(Argued May 14, 1874; decided September term, 1874.)

THIS action was brought to recover $2,000, the consideration expressed in an assignment by plaintiff to defendants, of her interest in the property of the firm of W. P. Harrison & Co., composed of Harrison and herself. Said firm being largely indebted to defendants, Harrison, on behalf of the firm, assigned all its property to defendant Lorillard, and thereafter plaintiff executed the assignment above mentioned. Defendants set up as a counter-claim, and offered proof on the trial to sustain the same, showing the indebtedness of plaintiff's firm to them, and that it exceeded the value of the assigned property. This evidence was rejected. *Held*, no error; that it was not a proper counter-claim.

*G. Tillotson* for the appellants.

*Abram Wakeman* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur.
Judgment affirmed.